Albert Goetz-Haddad, Appellant, v Pathmark Supermarkets et al., Respondents.

Submitted March 6, 2006; decided May 4, 2006

Motion for leave to appeal dismissed as untimely (*see* CPLR

5513 [b]; 5514 [a]). Motion for poor person relief dismissed as academic.